

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-21-00266-CV

Cecilia A. **CASTELLANO**,
Appellant

v.

**BELT BUILT CONTRACTING, LLC**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-20606
Honorable Laura Salinas, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, appellant's motion to dismiss is GRANTED, and this appeal is DISMISSED. Costs of appeal are taxed against Appellant Cecilia A. Castellano.

SIGNED September 14, 2022.

_____
Liza A. Rodriguez, Justice